JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| CYNTHIA JOAN JESTER, <br><br> Plaintiff, <br><br> vs. <br><br> KILOLO KIJAKAZI, <br> Acting Commissioner of Social Security,[1] <br><br> Defendant. | Case No.: 2:20-cv-09115-PVC <br><br><br> ORDER OF DISMISSAL |

The above captioned matter is dismissed with prejudice, each party to bear its own fees, costs, and expenses.

IT IS SO ORDERED.

DATE: November 4, 2021

_____
HON. PEDRO V. CASTILLO
UNITED STATES MAGISTRATE JUDGE

---

[1] Kilolo Kijakazi, Acting Commissioner of the Social Security Administration, is substituted for her predecessor originally named in the Complaint. *See* 42 U.S.C. § 405(g); Fed. R. Civ. P. 25(d).